UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMCE PHYSICIANS GROUP, a Utah forprofit corporation; JEREMY SENSKE, an individual; KATIE N. MOSS, an individual; and CODY L. MACFADYEN, an individual,<br><br>Defendants. | NO.  3:21-CV-5689<br><br>**DEFENDANTS KATIE MOSS AND CODY MACFADYEN'S ANSWER AND AFFIRMATIVE DEFEMSES** |

Defendants Moss and MacFadyen ("Defendants") answer Plaintiff Atain Specialty Insurance Company's Complaint as follows:

## I.   PARTIES AND JURISDICTION

**1.1**   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**1.2**   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

DEFENDANTS MOSS AND
MACFADYEN'S ANSWER - 1 of 9
(Cause No. 3:21-CV-5689)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**1.3** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**1.4** Deny.

**1.5** Deny.

**1.6** Admit.

**1.7** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**1.8** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

## II.   PARTIES AND JURISDICTION

**2.1** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.2** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.3** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.4** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.5** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.6** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

DEFENDANTS MOSS AND
MACFADYEN'S ANSWER - 2 of 9
(Cause No. 3:21-CV-5689)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**2.7** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.8** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.9** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.10** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.11** Admit.

**2.12** Admit in part, the underlying Complaint alleges negligent supervision for permitting Senske to become intoxicated at work, and thereby causing damages. Deny remainder of allegations.

**2.13** Admit.

**2.14** Admit.

**2.15** Admit.

**2.16** Admit in part, the underlying Complaint alleges negligent supervision for permitting Senske to become intoxicated at work, and thereby causing damages. Deny remainder of allegations.

**2.17** Admit in part, the underlying Complaint alleges negligent supervision for permitting Senske to become intoxicated at work, and thereby causing damages. Deny remainder of allegations.

**2.18** Admit.

DEFENDANTS MOSS AND
MACFADYEN'S ANSWER - 3 of 9
(Cause No. 3:21-CV-5689)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**2.19** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.20** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.21** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**2.22** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

### III.    CAUSES OF ACTION

**3.1** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.2** Admit, in part.  Defendants Moss and MacFadyen make claims for damages arising from Defendant AMCE's negligent supervision of Defendant Senske.

**3.3** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.4** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.5** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.6** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.7** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

DEFENDANTS MOSS AND MACFADYEN'S ANSWER - 4 of 9
(Cause No. 3:21-CV-5689)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**3.8** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.9** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.10** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.11** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.12** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.13** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.14** Deny.

**3.15** Deny.

**3.16** Deny.

**3.17** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.18** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.19** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.20** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

DEFENDANTS MOSS AND MACFADYEN'S ANSWER - 5 of 9
(Cause No. 3:21-CV-5689)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**3.21** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.22** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.23** Admit, in part. Defendants Moss and MacFadyen make claims for damages arising from Defendant AMCE's negligent supervision of Defendant Senske.

**3.24** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.25** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.26** Deny.

**3.27** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.28** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.29** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.30** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.31** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.32** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

DEFENDANTS MOSS AND MACFADYEN'S ANSWER - 6 of 9
(Cause No. 3:21-CV-5689)

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1 **3.33** Deny.

2 **3.34** Deny.

3 **3.35** Deny.

4 **3.36** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

6 **3.37** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

8 **3.38** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

10 **3.39** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

12 **3.40** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

14 **3.41** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

16 **3.42** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

18 **3.43** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

20 **3.44** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

22 **3.45** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

DEFENDANTS MOSS AND MACFADYEN'S ANSWER - 7 of 9
(Cause No. 3:21-CV-5689)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**3.46** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.47** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

**3.48** Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies.

Defendants deny allegations which are not specifically addressed above. Defendants further deny that Plaintiff is entitled to any relief requested in its prayer for relief, including subparagraphs (A) through (G).

## IV.   AFFIRMATIVE DEFENSES

Discovery and investigation may reveal that one or more of the following affirmative defenses may be available to Defendants in this matter. Defendants include said affirmative defenses in order to preserve the right to assert them. Defendants reserve the right to withdraw any affirmative defenses upon completion of discovery and if warranted by the facts.

By including certain defenses herein, Defendants do not concede that they have assumed any applicable burned of proof.

By way of further answer and affirmative defenses to Plaintiff's complaint, Defendants state and allege as follows:

1. Plaintiff's complaint fails to state a claim upon which relief may be granted.

2. Plaintiff's complaint may fail to state a claim or controversy on which declaratory judgment may be entered.

3. The claims in Plaintiff's complaint may be barred.

DEFENDANTS MOSS AND MACFADYEN'S ANSWER - 8 of 9
(Cause No. 3:21-CV-5689)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

4.      Defendants' damages were caused by the acts and omissions of Defendant AMCE in failing to adequately train, monitor, and supervise its employee, Jeremy Senske.

5.      Plaintiff failed to mitigate its damages.

### V.    PRAYER FOR RELIEF

WHEREFORE, Defendants request a judgment against the Defendant:

(a)     Dismissing Plaintiff's complaint with prejudice and with costs;

(b)     For all Defendant's attorney's fees and costs incurred herein; and

(c)     For such further relief as the court deems just and equitable.

DATED this 22nd day of November, 2021.

CONNELLY LAW OFFICES, PLLC


By      */s/ Samuel J. Daheim*
        Samuel J. Daheim, WSBA No. 52746
        2301 N. 30th St.
        Tacoma, WA 98403
        Phone: (253) 593-5100
        E-mail: SDaheim@connelly-law.com

CONNELLY LAW OFFICES, PLLC


By      */s/ John Connelly*
        John R. Connelly, Jr., WSBA No. 12183
        2301 N. 30th St.
        Tacoma, WA 98403
        Phone: (253) 593-5100
        E-mail: JConnelly@connelly-law.com

DEFENDANTS MOSS AND
MACFADYEN'S ANSWER - 9 of 9
(Cause No. 3:21-CV-5689)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax