UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACME PHYSICIANS GROUP ET AL,<br><br>Defendants. | CASE NO. 3:21-cv-05689-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to the December 20, 2021 Joint Status Report (Dkt. No. 16) submitted by the Parties who have so far appeared in this matter, the Court sets the following dates:

| | |
|---|---|
| Joinder of parties or amended pleadings due | February 1, 2022 |
| All motions related to discovery must be filed by | April 7, 2022 |
| Completion of discovery due | May 2, 2022 |

MINUTE ORDER - 1

| | |
|---|---|
| All dispositive motions must be filed by | June 20, 2022 |

(2) As the Parties have indicated that they do not believe a trial is necessary, the Court will not set a trial date at this time.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 20th day of January, 2022.

s/ Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2