UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMCE PHYSICIANS GROUP, a Utah for-profit corporation; JEREMY SENSKE, an individual; KATIE N. MOSS, an individual; and CODY L. MACFADYEN, an individual, <br><br> Defendants. | Case No. 3:21-cv-05689-TL <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a global settlement of this case, and the underlying action filed in the Superior Court of the State of Washington in and for King County, styled *Katie N. Moss, et al. v. AMCE Physicians Group, et al.*, Case No. 21-2-08666-3-SEA, has been reached.

Once the underlying action has been dismissed with prejudice, a Request for Dismissal of the above-captioned matter will be submitted.

/ / /

/ / /

/ / /

NOTICE OF SETTLEMENT 1 CASE NO. 3:21-cv-05689-TL

1
2
3
4
5
6
7
8
9
10
...
28

Dated: October 25, 2022      **LEHAVI STARGARDTER, LLP**

*/s/ GailAnn Y. Stargardter*
GailAnn Y. Stargardter (Bar No. 18179)
P.O. Box 5973
Orange, CA 92863
Tel: 949-570-9575 (Main); 619-512-6778 (Direct Dial); 949-570-9580 (Fax)
Email: gstargardter@lslawoffices.com

Attorneys for Plaintiff
ATAIN SPECIALTY INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I, Patricia Tonti-Mace, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is P.O. Box 5973, Orange, California 92863. On October 25, 2022, I served a copy of the within document(s):

## NOTICE OF SETTLEMENT

☐ by placing a true copy of the document(s) listed below, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☒ I electronically served the above referenced document(s) through EFC/PACER. E-service in this action was completed on all parties listed on the service list with EFC/PACER. This service complies with the court's order in this case.

as follows:

| | |
|---|---|
| John R. Connelly, Jr.<br>Samuel J. Daheim<br>Connelly Law Offices, PLLC<br>2301 North 30th Street<br>Tacoma, WA 98403 | Attorneys for Defendants Katie N. Moss and Cody L. MacFadyen<br><br>(253) 593-5100 Phone<br>(253) 593-0380 Fax<br>E-mail: JConnelly@connelly-law.com;<br>SDaheim@connelly-law.com;<br>cc : mfolsom@connelly-law.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 25, 2022, at Irvine, California.

Patricia Tonti-Mace